# United States Court of Appeals
## For the First Circuit

### DOCKETING STATEMENT

No. 15-1506          Short Title: Small Justice LLC v. Xcentric Ventures LLC

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
 1. Date of entry of judgment or order appealed from March 27, 2015
 2. Date this notice of appeal filed April 24, 2015
  If cross appeal, date first notice of appeal filed ___
 3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ___
 4. Date of entry of order deciding above post-judgment motion ___
 5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ___
  Time extended to ___

B. Finality of Order or Judgment
 1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
 2. If no,
  a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes   [ ] No
   If yes, explain ___
  b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes   [ ] No
   If yes, explain ___

C. Has this case previously been appealed?  [ ] Yes   [✓] No
 If yes, give the case name, docket number and disposition of each prior appeal ___

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes   [✓] No
 If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Xcentric Ventures LLC
      Attorney Daniel G. Booth, Esq.
      Address 32R Essex Street 1A, Cambridge MA 02139
      Telephone 617-250-8602

   2. Adverse party Xcentric Ventures LLC
      Attorney Maria Crimi Speth, Esq.
      Address 3200 N. Central Avenue, Suite 2000, Phoenix Arizona 85012
      Telephone 602-248-1000

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Christian DuPont
      Address c/o Law Office of Richard Goren, One State Street, Suite 1500 Boston MA 02109
      Telephone 617-933-9494

      Attorney's name Richard Goren
      Firm Law Office of Richard Goren
      Address One State Street, Suite 1500, Boston MA 02109
      Telephone 617-933-9494

   2. Appellant's name Small Justice LLC
      Address c/o Law Office of Richard Goren, One State Street, Suite 1500 Boston MA 02109
      Telephone 617-933-9494

      Attorney's name Richard Goren
      Firm Law Office of Richard Goren
      Address One State Street, Suite 1500, Boston MA 02109
      Telephone 617-933-9494

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature _*[signature]*_

Date 5/11/15

G. 3.

Appellant's name: Richard A. Goren
c/o Law Office of Richard Goren,
One State Street, Suite 1500
Boston MA 02109

Attorney's name: Richard Goren
Law Office of Richard Goren,
One State Street, Suite 1500
Boston MA 02109
Tel: 617-933-9494

## CERTIFICATE OF SERVICE

I hereby certify that this Docketing Statement will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), on May 11, 2015.

/s/ Richard A. Goren