**United States Court of Appeals**
**For the First Circuit**
_____

No. 15-1506

SMALL JUSTICE LLC; RICHARD A. GOREN;
CHRISTIAN DUPONT, d/b/a Arabianights-Boston Massachusetts

Plaintiffs - Appellants
v.
XCENTRIC VENTURES LLC

Defendant – Appellee
_____

**APPELLANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF.**

Appellants Small Justice LLC, Richard A. Goren and Christian DuPont request the Circuit Justice to grant a second extension of time in which to file their brief. The Appellants, plaintiffs below, seek review of a judgment entered on March 27, 2015 which rendered final a 2014 Order of dismissal under Fed. R. Civ. P. 12 of certain claims and which granted summary judgment to the Appellee, defendant below, on the balance of the claims of two of the three plaintiffs. On June 3, 2015, this Court set a briefing schedule and a due date of July 13, 2015 for the filing of the Appellants' Brief and Appendix. On June 17, 2015, this Court granted Appellant's motion and enlarged the time for Appellants to file their brief and appendix to August 12, 2015.

Good cause exists for several reasons including: (i) the pendency in the District Court below of a Rule 60 motion which includes a request for issuance of an indicative ruling requesting this Court to remand for entry of a modified final judgment; (ii) the pendency in the District Court below of defendant's motion to dismiss its counterclaim against plaintiff Christian DuPont; and, (iii) Appellants' counsel having surgery in mid-August 2015. Accordingly out of an abundance of caution Appellants request a second extension until September 30, 2015 to file their brief and appendix. In support Appellants state as follows:

1. On March 24, 2014, the District Court granted defendant's Rule 12 (b)(6) motion to dismiss claims of plaintiff Goren for libel and intentional interference with prospective contractual relations on the basis of immunity under the Communications Decency Act and denied plaintiffs' motion for judgment on the pleadings as to defendant's assertion of immunity under the Communications Decency Act.

2. On March 27, 2015, the District Court granted defendant's motion for summary judgment on the remaining claims of plaintiffs Goren and Small Justice LLC and that same day entered judgment for the defendant with respect to plaintiffs Goren and Small Justice LLC.

3. On April 24, 2015, Small Justice LLC, Richard A. Goren and Christian DuPont, being all the plaintiffs, filed a FRAP 3 Notice of Appeal from the

judgment for defendant entered in accordance with the Memorandum and Order granting defendant's motion for Summary Judgment.

4. The District Court's March 2014 decision dismissing the libel and tortious interference claims became final upon entry of judgment in March 2015.

5. Appellants assert that by inadvertence the timely filed notice of appeal of the judgment failed to specifically reference the District Court's prior March 24, 2014 decision.

6. On April 28, 2015, the District Court Appeals Clerk filed in the Circuit Court the so-called Abbreviated Electronic Record and the case was docketed in the Circuit Court.

7. On May 15, 2015, Appellants filed in the District Court the above referenced FRAP 4(a)(5) motion. The Appellee filed an opposition and that motion remains pending before the District Court.

8. On May 22, 2015, the District Court entered an Order *sua sponte* stating that before ruling on the FRAP 4(a)(5) motion it invited the parties to file briefs on a particular issue concerning copyright ownership. On June 5, 2015, the parties filed their respective briefs; and, that same day Appellants, as plaintiffs below, also filed a motion under Rule 60(b) and also requesting an Indicative Ruling under Fed. R. Civ. P 62.1.  The June 5th Motion requested issuance of an Indicative Ruling under Rule 62.1 informing the Circuit Court

of Appeals that if it remands the case, the District Court will either grant plaintiffs' Rule 60(b) motion or on the Court's own initiative vacate the March 27, 2015 judgment and in either case thereafter determine the rights of DuPont and Xcentric and enter judgment on Xcentric's counterclaim followed by entry of a modified judgment disposing of the entire case.

9. On June 12, 2015, the defendant filed in the District Court a motion to dismiss its counterclaim against plaintiff Christian DuPont.

10. On June 17, 2015, this Court granted Appellants' motion for an extension and enlarged the time for Appellants to file their brief and appendix to August 12, 2015.

11. On July 5, 2015, plaintiffs filed in the District Court an objection to defendant's motion to dismiss counterclaim.

12. On July 21, 2015, Appellants' counsel concluded a seven day jury trial before the Hon. Dennis Saylor in the District Court and there will be motion practice in that case over the next several weeks.

13. On July 23, 2015, the District Court granted leave to the defendant to file a reply in support of its June 12th motion to dismiss its counterclaim.

14. Appellants' counsel is now scheduled to have spinal surgery on or about August 18, 2015 and will be unable to work for some unspecified period.

15. The District Court's resolution of one or both of the Rule 60(b) motion and/or the FRAP 4(a)(5) motion may well vitiate the present briefing schedule.

16. Without adopting any of the recitals or the statement of reasons in support of this motion the Appellee assents to allowance of this motion for an extension.

WHEREFORE Appellants request an extension of time until September 30, 2015 to file their brief and appendix.

Respectfully submitted,
SMALL JUSTICE LLC, RICHARD A. GOREN, and CHRISTIAN DUPONT, Appellants,

by their attorney,

July 23, 2015

*/s/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street Suite 1500
Boston MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that paper copies will be sent to those non-registered participants (if any) on July 23, 2015.

*/s/ Richard A. Goren*