# United States Court of Appeals
## For the First Circuit

No. 15-1506

SMALL JUSTICE LLC; RICHARD A. GOREN; CHRISTIAN DUPONT, d/b/a Arabianights-Boston, Massachusetts

Plaintiffs - Appellants

v.

XCENTRIC VENTURES LLC

Defendant - Appellee

**ORDER OF COURT**

Entered: July 28, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Christian Dupont, Richard A. Goren and Small Justice LLC to file a brief and an appendix be enlarged to and including **September 30, 2015**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Daniel G. Booth
Richard A. Goren
Maria Crimi Speth