United States Court of Appeals
For the First Circuit
_____

No. 15-1506

SMALL JUSTICE LLC; RICHARD A. GOREN;
CHRISTIAN DUPONT, d/b/a Arabianights-Boston Massachusetts

Plaintiffs - Appellants

v.

XCENTRIC VENTURES LLC

Defendant – Appellee
_____

**APPELLANTS' MOTION FOR FINAL EXTENSION OF TIME TO FILE APPELLANTS' BRIEF.**

Appellants Small Justice LLC, Richard A. Goren and Christian DuPont request the Circuit Justice to grant a <u>final</u> extension of time in which to file their brief. The Appellants, plaintiffs below, seek review of a judgment entered on March 27, 2015 which rendered final a 2014 Order of dismissal under Fed. R. Civ. P. 12 of certain claims and which granted summary judgment to the Appellee, defendant below, on the balance of the claims of two of the three plaintiffs. Following Appellants' notice of appeal of that judgment, on May 22, 2015, the District Court below issued an Order indicating its intention to add a footnote to its summary judgment decision and requesting briefing by the parties.  That Order spawned over a dozen motions and filings all of which were finally decided by the District Court on September 30, 2015.  While those matters were pending this

Court granted Appellants three extensions of time. Appellants' brief is presently due on October 30, 2015.

Appellants incorporate herein the recital of the District Court post judgment proceedings set forth in their September 8, 2015 motion for a third extension.

Counsel to the Appellants is a solo practitioner and because of other case commitments and family reasons is unable to meet the deadline of October 30, 2015 for the filing of Appellants' brief and appendix.

WHEREFORE Appellants request a final extension of time until November 9, 2015 to file their brief and appendix.

October 21, 2015

Respectfully submitted,
SMALL JUSTICE LLC, RICHARD A. GOREN, and CHRISTIAN DUPONT, Appellants,

by their attorney,

*/s/ Richard A. Goren*
Richard A. Goren, Esq. BBO #203700
Law Office of Richard Goren
One State Street Suite 1500
Boston MA 02109
617-933-9494
rgoren@richardgorenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 21, 2015.

*/s/ Richard A. Goren*