Appeal No. 15-1506

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

| | |
|---|---|
| SMALL JUSTICE LLC, RICHARD A. GOREN, and CHRISTIAN DUPONT dba ARABIANIGHTS-BOSTON MASSACHUSETTS, Plaintiffs-Appellants, | Appeal from the United States District Court for the District of Massachusetts |
| v. | District Court Case No. 1:13-cv-11701-DJC |
| XCENTRIC VENTURES LLC, Defendant-Appellee. | The Honorable Denise Casper Judge Presiding |

MOTION OF XCENTRIC VENTURES LLC FOR
AN EXTENSION OF TIME TO FILE ITS BRIEF

Pursuant to Fed. R. App. P. 26(b), Appellee Xcentric Ventures LLC requests an extension of time to file its brief until thirty days after the district court resolves Xcentric's pending motions for an award of costs and attorney's fees (Doc. 137 [1]) and for an order requiring Appellants to post an appeal bond (Doc. 138). Good cause exists for the extension, for reasons described below.

1.  The district court granted Xcentric's motion for summary judgment and entered judgment for Xcentric on March 27, 2015. Doc. 100, 104.

2.  Appellants filed their notice of appeal on April 24, 2015. Doc. 108.

---

[1] Citations herein to "Doc. ___" are to docket entries in the district court proceeding, of which Xcentric requests judicial notice pursuant to Fed R. Evid. 201(c)(2). "It is well-accepted that federal courts may take judicial notice of proceedings in other courts if those proceedings have relevance to the matters at hand." *Kowaslki v. Gagne*, 914 F.2d 299, 305 (1st Cir. 1990). Judicial notice may be taken on appeal. Fed. R. Evid. 201 adv. comm. note; *Newman v. Krintzman*, 723 F.3d 308, 309 (1st Cir. 2013).

1

3. Appellants' Briefing Notice, issued June 3, 2015 once the record on appeal was complete, set a July 13, 2015 filing date for appellant's brief and appendix and advised, "extensions of time are not normally allowed without timely motion for good cause shown." Appellant's Briefing Notice (June 3, 2015).

4. Appellants filed a series of four motions on June 12, July 23, September 8, and October 21, 2015, for extensions of time to file a brief and appendix.[2] For support, Appellants cited several post-judgment motions they had filed in the district court and Xcentric's responsive filings.

5. On September 30, 2015 the district court decided all post-judgment motions then pending, as Appellants noted in their fourth, final motion for an extension. Appellants' Motion for Final Extension of Time to File Appellants' Brief p. 1 (filed October 21, 2015).

6. By Orders of Court issued on June 17, July 28, September 10 and October 21, 2015, the Court granted Appellants a series of four extensions to file their brief: first to August 12, 2015; then to September 30, 2015; then to October 30, 2015; and then to the final deadline, November 9, 2015.

7. Appellants filed their brief and addendum electronically today, November 9, 2015. Appellant Richard A. Goren stated in the certificate of service that he has this day mailed copies of their appendix to the Court and Xcentric's counsel.

8. Appellants had 227 days to prepare and file their brief after summary judgment entered for Xcentric on March 27, 2015, and 159 days after the record on appeal

---

[2] Xcentric assented to one of those motions for extension, when Appellant Richard A. Goren, the counsel listed for all Appellants, had both pending litigation and post-surgery bed rest on his calendar. See Appellants' Assented-to Motion for Extension of Time to File Appellants' Brief ¶¶ 13-14 & 16 (filed July 23, 2015).

was complete on June 3, 2015, significantly more time than the 40 days provided in Fed. R. App. P. 31(a)(1).

9. Granting the extension Xcentric requests would enable a full response to Appellants' brief while minimizing any tactical disadvantage attributable to Appellants' extended drafting time.

10. Since September 30, 2015, when the district court resolved all motions then pending (Doc. 134), Xcentric has filed another two motions: a renewed motion for an award of costs and attorney's fees (Doc. 137), filed October 20, 2015, and a motion for an order requiring Appellants to post a Fed. R. App. P. 7 bond as security for Xcentric's anticipated appeal costs (Doc. 138), filed October 23, 2015.

11. On October 27, 2015 Appellants filed an motion for an extension of time until November 18, 2015 to respond to Xcentric's motions for costs and fees and for an appeal bond. Doc. 139. Xcentric assented to that extension, *id.* p. 2, which the district court granted on October 28, 2015. Doc. 140.

12. Granting the extension Xcentric requests, until the district court resolves Xcentric's two pending motions, would help the parties more accurately assess the costs and risks of proceeding with the appeal.

13. If the district court grants Xcentric's motion for an appeal bond, granting the extension would "ensure payment of costs on appeal," Fed. R. App. P. 7, before Xcentric would be required to draft and file a responsive brief.

14. Appellants do not object to an extension on Xcentric's brief until the district court addresses Xcentric's two pending motions.

WHEREFORE appellee Xcentric Ventures LLC requests an extension of time to file its brief until thirty days after the district court resolves Xcentric's pending motions.

Dated:  November 9, 2015

Respectfully submitted,

/s/ Dan Booth
Dan Booth
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02130
(617) 250-8602

Maria Crimi Speth
Jaburg & Wilk, P.C.
3200 North Central Avenue, #2000
Phoenix, AZ 85012
(602) 248-1089

Attorneys for Appellee Xcentric Ventures LLC

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on November 9, 2015.

/s/ Dan Booth
Dan Booth