# United States Court of Appeals
## For the First Circuit

No. 15-1506

SMALL JUSTICE LLC; RICHARD A. GOREN;
CHRISTIAN DUPONT, d/b/a Arabianights-Boston, Massachusetts

Plaintiffs - Appellants

v.

XCENTRIC VENTURES LLC

Defendant - Appellee

**ORDER OF COURT**

Entered: November 10, 2015
Pursuant to 1st Cir. R. 27.0(d)

The brief tendered by appellants Christian Dupont, Richard A. Goren and Small Justice LLC on November 9, 2015 is not in compliance with the following Federal Rules of Appellate Procedure and/or Local Rules of this Court and/or Administrative Orders of this Court:

- **1st Cir. R. 28.0(b)**, requiring that the addendum begin with a table of contents identifying the page at which each part begins.  <u>**The addendum must contain a table of contents.**</u>

- **Administrative Order Regarding CM/ECF, Rule 1, and 1st Cir. R. 28.0(b)**, requiring that the entire brief, cover to cover including the addendum, be filed as a single electronic document.  <u>**The brief and addendum must be included in one continuous PDF document.**</u>

Appellants Christian Dupont, Richard A. Goren and Small Justice LLC are ordered to file a conforming brief by **November 17, 2015.** The corrected brief must be served on each unrepresented party and on opposing counsel for each separately represented party. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Richard A. Goren
Daniel G. Booth
Maria Crimi Speth