# United States Court of Appeals
## For the First Circuit

No. 15-1506

SMALL JUSTICE LLC; RICHARD A. GOREN; CHRISTIAN DUPONT, d/b/a Arabianights-Boston, Massachusetts

Plaintiffs - Appellants

v.

XCENTRIC VENTURES LLC

Defendant - Appellee

**ORDER OF COURT**

Entered: November 18, 2015
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee Xcentric Ventures LLC to file a brief be enlarged to and including **January 20, 2016**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Daniel G. Booth
Richard A. Goren
Maria Crimi Speth